**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., S/B/M TO WACHOVIA BANK, NATIONAL ASSOCIATION, | : | No. 498 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Respondent | : | the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PAUL PIECZYNSKI, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal and Application for Relief are **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.